

# Fourth Court of Appeals
## San Antonio, Texas

April 9, 2018

No. 04-18-00203-CV

**IN RE INGRID DELRITA MARSH AND JOHN F. MARSH,**

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2018CV00904
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

Sitting:     Karen Angelini. Justice
             Marialyn Barnard, Justice
             Rebeca C. Martinez, Justice

Appellants' emergency motion for immediate temporary relief is DENIED.

It is so **ORDERED** on this 9th day of April, 2018.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court